**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EDWARD A GODOY**

| | |
|---|---|
| IN RE:<br><br>**RIVERA LABOY, LUIS ANGEL<br>VELAZQUEZ SERRANO, MAGDA LETTICIA**<br>DEBTOR(S) | CASE NUMBER: **15-08324-BKT**<br><br>(Chapter 7)<br>NO ASSET CASE |

**NOTICE OF ABANDONMENT OF PROPERTY**

TO: THE HONORABLE COURT, CREDITORS AND PARTIES IN INTEREST:

COMES NOW, Wigberto Lugo-Mender, duly appointed Chapter 7 Trustee of the above captioned case, who respectfully states and prays as follows:

1. Notice pursuant to 11 U.S.C. Section 554(a) is hereby given as to the undersigned trustee's intention to abandon the estate property detailed below:

2. The property being abandoned is as follows:

| Other Property | Schedule Value | Amount Secured | Claim Exemption | Value to Estate |
|---|---|---|---|---|
| **Debtor has 1/4 inheritance interest in a real property owned by "Sucesion Rivera" and "Sucesion Laboy". This property is located at Martorell Community in Yabucoa, Puerto Rico. Property consists of: three (3) bedrooms, one (1) bathroom, dining & living room and kitchen. Value $65,000 /4 = $16,250 Less debtor's liquidation expenses of $3,150 = $13,100 (Debtor's interest)** | $13,100.00 | 0.00 | 13,100.00 | 0.00 |

| Other Property | Schedule Value | Amount Secured | Claim Exemption | Value to Estate |
|---|---|---|---|---|
| **Joint-debtor has 1/9 inheritance interest in a real property owned by "Sucesion Velazquez" and "Sucesion Serrano" located at Limones Ward in Yabucoa, Puerto Rico. This property consists of: four (4) bedrooms, one (1) bathroom, dining & living room and kitchen. Value $70,000 /9 = $7,778 Less debtor's liquidation expenses of $1,898 = $5,880 (Joint-debtor's interest)** | $5,880.00 | 0.00 | 5,880.00 | 0.00 |

3. The trustee intends and hereby abandons this property since this is burdensome or has no value to the estate.

4. Any objection to this abandonment must be filed in writing with the Court and served within fourteen (14) days of the mailing of this notice.

THIS BEING A NO ASSET CASE, THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AS PER THE MASTER ADDRESS LIST.

Date: <u>December 8, 2015</u>　　　　　　　　　　<u>s/ Wigberto Lugo Mender</u>
　　　　　　　　　　　　　　　　　　　　　　Wigberto Lugo-Mender, Trustee
　　　　　　　　　　　　　　　　　　　　　　Centro Internacional De Mercadeo
　　　　　　　　　　　　　　　　　　　　　　100 Rd 165 Suite 501
　　　　　　　　　　　　　　　　　　　　　　Guaynabo, PR 00968-8052
　　　　　　　　　　　　　　　　　　　　　　Tel. (787) 707-0404
　　　　　　　　　　　　　　　　　　　　　　Fax. (787) 707-0412